RIVES vs. THE STATE OF GEORGIA.

1. Under an indictment for stabbing, evidence of a distinct transaction between the prosecutor and the accused, sometime before the stabbing, was inadmissible to justify the offense.
2. On an indictment for stabbing, the jury may find the defendant guilty of assault and battery.
(a.) Decision in 25 Ga., 396, considered and approved.
Judgment affirmed.

November 11, 1884

BLANDFORD, Justice.

[Rives was indicted and tried in the county court of Troup county for stabbing. He was found guilty of an assault, and petitioned for a *certiorari*, assigning as error that the verdict was contrary to law and evidence; that the court charged that he admitted evidence of previous difficulties and threats, including one a half-hour before

the stabbing, as circumstances for the jury to consider to show the animus of the parties, and not in mitigation or justification of the offense charged; and also because he charged that, under an indictment for stabbing, the jury might find the defendant guilty of assault and battery, or of an assault, if the evidence showed that he was so. The court refused the *certiorari*, and defendant excepted.]